UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDDIE L. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY RICHARDS,<br><br>    Defendant. | Case No.  C05-5169RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    The Court, having reviewed, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The complaint is **DISMISSED WITHOUT PREJUDICE**

    (3)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon .Karen L. Strombom.

DATED this 13th day of May, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1