HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDIE L. WILLIAMS,

         Plaintiff,

    v.

HENRY RICHARDS,

         Defendant.

Case No. C05-5169 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon plaintiff's "appeal" [Dkt. #16] of Magistrate Judge Karen L. Strombom's February 1, 2006 Order [Dkt. #15] directing plaintiff to file an amended complaint.

This matter has been referred to the Magistrate Judge under 28 U.S.C. § 636. Pursuant to Fed. R. Civ. P. 72(a), the non-dispositive order of a magistrate judge to whom a matter has been referred for pretrial matters may be reviewed by the district court upon the objection of a party. The Court construes Mr. Williams' "appeal" in this instance to be such an objection.

The Magistrate Judge's Order directing plaintiff to file an amended complaint is based upon sound legal principles. The complaint attempts to set forth a class action without proper basis and, as such, alleges incidents where he was not personally involved and did not suffer any injury. Therefore it is hereby

**ORDERED** that plaintiff shall have until April 21, 2006 to file an amended complaint or face dismissal of this action. It is further

ORDER
Page - 1

**ORDERED** that this matter is re-referred to Magistrate Judge Karen L. Strombom.

The Clerk shall send uncertified copies of this order to all counsel of record, the Honorable Karen L. Strombom, and to any party appearing pro se.

Dated this 22nd day of March, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE