HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDIE L. WILLIAMS,

        Plaintiff,

    v.

HENRY RICHARDS,

        Defendant.

Case No. C05-5169 RBL

ORDER

    THIS MATTER comes on before the above-entitled Court upon a Report and Recommendation by United States Magistrate Judge Karen L. Strombom [Dkt. #20].

    Having considered the entirety of the records and file herein, the Court rules as follows:

    Plaintiff was given until June 2, 2006 to file an amended complaint. He was ordered to file an amended complaint because the complaint he originally filed was a fill in the blanks form complaint which has been used by other residents of the Special Commitment Center and which is deficient because it does not allege that any defendant participated in any actions which deprived this plaintiff of any protected constitutional rights and complains of "violations" of the civil rights of persons other than the named plaintiff. On June 20, 2006, well after the deadline, plaintiff filed his purported amended complaint [Dkt. #23]. However, the amended complaint is nothing more than the same form complaint with lines drawn through sections of the complaint which deal with the violations of others' civil rights. The complaint still fails to allege that any named defendant participated in any actions which deprived this plaintiff of any protected constitutional rights. It is

ORDER
Page - 1

1  therefore

2  **ORDERED** that the Court adopts the Report and Recommendation and that Plaintiff's Complaint is
3  **DISMISSED WITH PREJUDICE**.

4  The Clerk shall send uncertified copies of this order to all counsel of record, Magistrate Judge
5  Strombom, and to any party appearing pro se.

6  Dated this 17th day of July, 2006.

                    /s/ Ronald B. Leighton
                    RONALD B. LEIGHTON
                    UNITED STATES DISTRICT JUDGE