HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDIE L. WILLIAMS,

    Plaintiff,

v.

HENRY RICHARDS,

    Defendant.

Case No. C05-5169 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Reconsideration [Dkt. #26].

Having considered the entirety of the records and file herein, the Court rules as follows:

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not reconsider its prior ruling [Dkt. #24]. It is therefore

**ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 17th day of August, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1